**DISMISS; Opinion issued January 31, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-01594-CV

## IN THE INTEREST OF BABY BOY H., A/K/A L.M.

**On Appeal from the 305th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. 12-976-X-305th**

### OPINION

Before Chief Justice Wright, Justice Lang-Miers  and Justice Lewis
Opinion by Chief Justice Wright

Before the Court is appellees' January 11, 2013 motion to dismiss.  Appellant has not responded to the motion to dismiss.  In their motion to dismiss, appellees maintain the Court lacks jurisdiction over this appeal because appellant's notice of appeal was not timely.  After reviewing the record, we agree with appellees and dismiss this appeal.

An appeal in a suit in which termination of the parent-child relationship is in issue shall be given precedence over other civil appeals and shall be accelerated by the appellate courts. The procedures for an accelerated appeal under the Texas Rules of Appellate Procedure apply to an appeal in which the termination of the parent-child relationship is in issue.  TEX. FAM. CODE ANN. § 109.002(a) (West Supp. 2012). Because a suit involving the termination of the parent-child relationship is an accelerated appeal, rule 26.1(b) of the rules of appellate procedure requires the notice of appeal to be filed within twenty days after the judgment was signed.  *See*

TEX. R. APP. P. 26.1(b). Rule 26.3 of the rules of appellate procedure allows this Court to extend the time to file the notice of appeal if the appellant files the notice of appeal and a motion to extend time to file notice of appeal within fifteen days after the deadline for filing the notice of appeal. *See* TEX. R. APP. P. 26.3. Absent a rule 26.3 motion, the deadline for filing a notice of appeal is strictly set at twenty days after the judgment is signed with no exceptions. *In the Interest of K.A.F.*, 160 S.W.3d 923, 927 (Tex. 2005).

Here, the decree of termination was signed by the trial court on September 12, 2012. Thus, absent a rule 26.3 motion, appellant's notice of appeal was due by October 2, 2012. Appellant filed his notice of appeal on November 27, 2012. Because appellant's notice of appeal was not filed within twenty days of the judgment or with a rule 26.3 motion within fifteen days after the deadline for filing his notice of appeal, his notice of appeal was untimely and failed to invoke our jurisdiction.

Accordingly, we grant appellees' motion and dismiss this appeal for lack of jurisdiction.

                                                _____

                                                CAROLYN WRIGHT
                                                CHIEF JUSTICE

121594F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

IN THE INTEREST OF BABY BOY H. AKA L.M.

No. 05-12-01594-CV

On Appeal from the 305th Judicial District Court, Dallas County, Texas
Trial Court Cause No. 12-976-X-305th.
Opinion delivered by Chief Justice Wright.
Justices Lang-Miers and Lewis participating.

In accordance with this Court's opinion of this date, this appeal is **DISMISSED**.

It is **ORDERED** that appellees Eric and Fristin Mongillo recover their costs of this appeal from appellant Sergio Garcia.

Judgment entered this January 31, 2013.

/Carolyn Wright/
CAROLYN WRIGHT
CHIEF JUSTICE